**Order entered May 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00184-CV

## IN RE HOLLMAN COURT SYSTEMS, INC. D/B/A HOLLMAN INC., Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14703**

### ORDER
Before Justices Reichek, Nowell, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    AMANDA L. REICHEK
       JUSTICE